EXHIBIT "D"

# United States Bankruptcy Court
## Middle District of Florida

In re _____   Case No. _____
                    Debtor(s)                       Chapter    7   _____

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the post-petition portion of this bankruptcy case is as follows:

    For post-petition legal services, I have agreed to accept ........................................   $ _____1,000.00

    Prior to the filing of this statement I have received for post-petition legal services ___   $ _____0.00

    Balance Due ..........................................................................................   $ _____1,000.00

2.  The source of the compensation paid to me was:
    ☒ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is: The fee shall be paid by automatic debits from debtor's bank account:

    ☒ Debtor   ☐ Other (specify):   $200 on 1/1/2012; $200 on 2/1/2012; $200 on 3/1/2012; $200 on 4/1/2012; $200 on 5/1/2012

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    Attorney shall represent Client in all remaining aspects of the case (with the exception of Adversary Proceedings as set forth below). These services include, but are not limited to, appearing at the 341 Meeting of Creditors; preparing and filing necessary pleadings or other papers; representing Client in contested matters; advising and assisting Client concerning reaffirmation agreements; advising and assisting Client concerning the required personal financial management course; advising and assisting Client with trustee and court requests; communicating and negotiating with Client's creditors as appropriate; and, providing all other appropriate legal counsel to Client about Client's case.

6.  By agreement with Client, the above-disclosed fee does not include the following service: The contract of employment does not include representing Client, either as a Plaintiff or a Defendant, in any Adversary Proceeding filed in or in connection with this case. Should Attorney agree to represent Client in an adversary proceeding, a different contract of employment shall be executed between the parties under such terms and conditions as the parties deem mutually acceptable. If Client is served with an adversary proceeding complaint, Attorney shall take appropriate steps to protect and represent Client's best interests, billed at the hourly rates of $175 for attorneys and $100 for paralegals, until such time as Client informs Attorney that Client does not wish to litigate the matter; Client affirmatively declines Attorney's representation; Client obtains other counsel; Client enters into a new retainer contract with Attorney; or, Attorney is allowed to withdraw by the Court.

In re _____          Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

#### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the post-petition portion of this bankruptcy proceeding.

Dated: _____          _____

                                             **Clark & Washington, LLC**
                                             **4107 W. Spruce Street**
                                             **Suite 200**
                                             **Tampa, FL 33607**
                                             **(813) 490-4858 Fax: (813) 490-4859**